**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-30041 |
| Plaintiff - Appellee, | D.C. No. 3:04-cr-05193-RBL |
| v. | |
| WILLIAM EMORY McDOWELL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted March 10, 2014[**]

Before:    PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

William Emory McDowell appeals from the district court's order denying

his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), McDowell's counsel has filed a brief stating that

there are no grounds for relief, along with a motion to withdraw as counsel of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

record. We have provided McDowell the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**